UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROY S. PORTER,

        Petitioner,

v.

PAT GLEBE,

        Respondent.

CASE NO. C15-1666RSM

ORDER OF DISMISSAL

        The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge, the Objections filed by Petitioner, and the remaining record, finds and Orders as follows:

        1.    The Court ADOPTS Judge Theiler's R&R (Dkt. #30) in its entirety. Petitioner has objected to the dismissal of his Petition with prejudice and without an evidentiary hearing. Dkt. #31. He has also objected to the recommendation that he be granted a certificate of appealability ("COA") only on Grounds Two and Three (both related to his allegations of prosecutorial misconduct) of his Petition, and seeks a COA on all four grounds that he raised. *Id.* However, Petitioner fails to provide any argument or legal authority supporting his Objections. In fact, the entirety of Petitioner's Objections are the two sentences identifying the relief he

ORDER OF DISMISSAL
PAGE - 1

requests from the Undersigned.  As a result, the Court can find no basis to reject Judge Theiler's recommendations and will not grant Petitioner's Objections.

      2.     Petitioner's habeas petition is DENIED without an evidentiary hearing and this action is DISMISSED with prejudice.

      3.     A certificate of appealability is GRANTED with respect to Grounds Two and Three of petitioner's habeas petition, and DENIED with respect to Grounds One and Four. *See* 28 U.S.C. § 2253.

      4.     The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 21 day of June 2016.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE